1    FAYE CHEN BARNOUW, CA Bar No. 168631
     MARICELA SEGURA, CA Bar No. 225999
2    BARBARA CHUN, CA Bar No. 186907
     JOHN D. JACOBS, CA Bar No. 134154
3    e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
     bchun@ftc.gov; and jjacobs@ftc.gov
4    FEDERAL TRADE COMMISSION
     10877 Wilshire Blvd., Suite 700
5    Los Angeles, CA 90024
     Telephone: (310) 824-4343
6    Facsimile:  (310) 824-4380

7

     Attorneys for Plaintiff
8    FEDERAL TRADE COMMISSION

9

10            UNITED STATES DISTRICT COURT
11          CENTRAL DISTRICT OF CALIFORNIA

12

13    FEDERAL TRADE COMMISSION,      Case no. SACV10-1161 JVS(RNBx)

14                Plaintiff,

15         v.                       COMPLAINT FOR PERMANENT
16    HEALTH CARE ONE LLC, an Arizona    INJUNCTION AND OTHER
     limited liability company, also d/b/a       EQUITABLE RELIEF
17    "HealthcareOne," "Americans4
     Healthcare," "Citizens4Healthcare,"
18    "American Eagle Healthcare,"
     "EasyLife Healthcare," "Elite
19    Healthcare," "Global Healthcare," and
     "Republic Healthcare";

20    AMERICANS4HEALTHCARE INC., a
21    Delaware corporation;

22    MICHAEL JAY ELLMAN, an
     individual;
23

24    ELITE BUSINESS SOLUTIONS, INC.,
     a Nevada corporation, also d/b/a
25    "EasyLife Healthcare," "Elite
     Healthcare" and "Republic Healthcare";

26    ROBERT DANIEL FREEMAN, a/k/a
27    Dan Freeman, an individual;

28               Defendants.

FILED
2010 AUG -3  AM 10: 26

Plaintiff, the Federal Trade Commission ("FTC"), for its complaint alleges:

1.    The FTC brings this action under Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, and the Telemarketing and Consumer Fraud and Abuse Prevention Act ("Telemarketing Act"), 15 U.S.C. §§ 6101-6108, to obtain temporary, preliminary, and permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, the appointment of a receiver, and other equitable relief for Defendants' acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), and the FTC's Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a), 53(b), 57b, 6102(c), and 6105(b).

3.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c), and 15 U.S.C. § 53(b).

## PLAINTIFF

4.    The FTC is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce. The FTC also enforces the TSR, 16 C.F.R. Part 310, which prohibits deceptive and abusive telemarketing acts or practices.

5.    The FTC is authorized to initiate federal district court proceedings, by its own attorneys, to enjoin violations of the FTC Act and the TSR and to secure such equitable relief as may be appropriate in each case, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies. 15 U.S.C. §§ 53(b), 56(a)(2)(A), 56(a)(2)(B), 57b, 6102(c), and 6105(b).

## DEFENDANTS

6.      Defendant **Health Care One LLC** ("Health Care One"), also doing business as "HealthcareOne," "Americans4 Healthcare," "Citizens4Healthcare," "American Eagle Healthcare," "EasyLife Healthcare," "Elite Healthcare," "Global Healthcare," and "Republic Healthcare," is an Arizona limited liability company with its principal place of business at 3220 S. Fair Lane, Suite 12, Tempe, Arizona 85282.  Health Care One transacts or has transacted business in this district and throughout the United States.  At all times material to this Complaint, acting alone or in concert with others, Health Care One has advertised, marketed, distributed or sold a healthcare discount program to consumers throughout the United States.

7.      Defendant **Americans4Healthcare Inc.** ("Americans4Healthcare") is a Delaware corporation with its principal place of business in Newport Beach, California.  Americans4Healthcare transacts or has transacted business in this district and throughout the United States.  At all times material to this Complaint, acting alone or in concert with others, Americans4Healthcare has advertised, marketed, distributed or sold a healthcare discount program to consumers throughout the United States.

8.      Defendant **Michael Jay Ellman** ("Ellman") is the managing member of Health Care One and the sole director of Americans4Healthcare.  At all times material to this Complaint, acting alone or in concert with others, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of Health Care One and Americans4Healthcare, including the acts and practices set forth in this Complaint.  Ellman resides in this district and, in connection with the matters alleged herein, transacts or has transacted business in this district and throughout the United States.

9.      Defendant **Elite Business Solutions, Inc.** ("Elite Business Solutions"), also doing business as "Elite Healthcare," "Easy Life Healthcare," and "Republic Healthcare," is a Nevada corporation with its principal place of business consisting

3

of a private mail box located at Pacific Mail, 17595 Harvard Avenue, Suite C2150, Irvine, California 92614. Elite Business Solutions transacts or has transacted business in this district and throughout the United States. At all times material to this Complaint, acting alone or in concert with others, Elite Business Solutions has advertised, marketed, distributed or sold a healthcare discount program to consumers throughout the United States.

10.   Defendant **Robert Daniel Freeman**, also known as Dan Freeman ("Freeman"), is the president, secretary, treasurer, and owner of Elite Business Solutions. At all times material to this Complaint, acting alone or in concert with others, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of Elite Business Solutions, including the acts and practices set forth in this Complaint. Freeman resides in this district and, in connection with the matters alleged herein, transacts or has transacted business in this district and throughout the United States.

## COMMON ENTERPRISE

11.   Health Care One and Americans4Healthcare have operated together as a common enterprise in conducting the business practices described in this Complaint. Health Care One and Americans4Healthcare are interrelated companies that have common ownership, officers, managers, and business functions. Ellman has formulated, directed, and/or controlled or had authority to control, or participated in the acts and practices of Health Care One and Americans4Healthcare that comprise the common enterprise.

## COMMERCE

12.   At all times material to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

4

## DEFENDANTS' UNLAWFUL BUSINESS PRACTICES

13.     Since 2006, Health Care One has been a seller and marketer of a "national healthcare discount program" which masquerades as health insurance and promises to save consumers money on their healthcare costs.  Enrollment is offered at various price points, ranging from $79.95 to $99.95 per month, with a one-time enrollment fee typically around $100.

14.     Health Care One markets this program through television and radio commercials, through Internet websites, through telemarketing, and through submarketers, operating under trade names which include "American Eagle Healthcare," "EasyLife Healthcare," "Elite Healthcare," "Global Healthcare," and "Republic Healthcare."

15.     Since 2007, Elite Business Solutions has been a submarketer of Health Care One's national healthcare discount program.  It markets Health Care One's program under the names "Elite Healthcare," "Republic Healthcare," and "Easy Life Healthcare" through Internet websites and through telemarketing.

16.     Since 2009, Americans4Healthcare has served as a sales lead generator, soliciting uninsured consumers to enroll in Health Care One's program through television commercials, Internet websites, and telemarketing.

17.     Defendants have made numerous material misrepresentations to consumers in the course of marketing and selling Health Care One's program.  These misrepresentations can be grouped into five categories:

a.     that the program offered is health insurance;

b.     that the program is affiliated with, or endorsed or sponsored by, the federal government;

c.     that enrollment in the program will result in substantial healthcare savings to the consumer;

d.     that the consumer will be able to obtain program benefits from the consumer's current healthcare providers and from other healthcare

5

1       providers in the consumer's local community; and

2       e.      that Health Care One and Elite Business Solutions will refund the

3               money the consumer has paid to enroll in the program if the consumer

4               submits a cancellation request before the thirty-day trial period expires.

5

6       **Representations that Health Care One's program is health insurance**

7       18.     In their television commercials, radio commercials, and inbound and

8       outbound telemarketing campaigns, Health Care One, Americans4Healthcare, and

9       Elite Business Solutions represent that Health Care One's program is health

10      insurance.

11      19.     Health Care One's, Americans4Healthcare's, and Elite Business

12      Solutions' telemarketers represent that Health Care One's program is health

13      insurance.  In some cases, the telemarketers make the representation explicitly, using

14      the term "insurance" to describe the program.  In other cases, the telemarketers use

15      terms typically associated with health insurance, such as "premiums," "co-pays,"

16      "deductibles," and "coverage."

17      20.     Health Care One's and Americans4Healthcare's advertisements also

18      lead consumers to believe that Health Care One's program is health insurance by

19      referring extensively to health insurance and President Obama's national healthcare

20      reform agenda.

21      a.      Health Care One's and Americans4Healthcare's television commercials,

22              for example, are styled to appear as an "emergency broadcast" which

23              "interrupts" regularly-scheduled television programming to announce

24              the latest developments in President Obama's healthcare reform agenda

25              to provide nationwide universal health insurance.  These commercials

26              are expressly addressed to *"uninsured Americans."*  They highlight the

27              documented harm that consumers will suffer if they do not have access

28

6

1    to health insurance.

2       b.   In one of its typical television commercials, Health Care One states as
3    follows:

4    *The New York Times reported that having no insurance leads to*
5    *poor health and lack of early detection of potentially fatal*
6    *conditions. Stop putting your health at risk. Start protecting*
7    *yourself and your family today.*

8       c.   One of the television commercials for Americans4Healthcare and
9    Health Care One (identifying itself in the commercials as "Citizens 4
10   Healthcare") begins with the following announcement: *"We interrupt*
11   *this program with an important health care bulletin."* It then shows a
12   video of a portion of President Obama's September 9, 2009 remarks on
13   healthcare to a joint session of Congress, in which the President states:
14   *". . . and show the American people that we can still do what we were*
15   *sent here to do. Now's the time to deliver on health care."* An
16   unidentified announcer then states that there is *"immediate availability"*
17   of a healthcare plan *"for all uninsured Americans."*

18      21.   Health Care One's radio commercials also convey the impression that
19   Health Care One's program is health insurance. One radio commercial describes
20   Health Care One's program as a "national family health care plan." The radio
21   commercial begins by announcing: *"Good news for uninsured Americans – now a*
22   *national family health care plan for under three dollars a day."* Both the television
23   and radio commercials lead consumers to reasonably believe that the program being
24   offered is health insurance.

25      22.   Health insurance generally involves an arrangement between an
26   insurance company and a consumer in which the insurance company agrees to pay a
27   substantial portion of the healthcare expenses that the consumer might incur in
28   exchange for payment from the consumer. Under Health Care One's program, in

1   contrast, the consumer pays Defendants for access to purportedly pre-negotiated
2   discounts on healthcare services and products.  Health Care One does not pay the
3   healthcare providers any portion of the consumer's healthcare expenses.  The
4   consumer is responsible for paying the healthcare providers the entire discounted fee.

5       23.    Healthcare One's program is not health insurance, a fact that many
6   consumers do not realize until after they pay the enrollment fees, receive written
7   program materials in the form of a pamphlet and "membership cards" in the mail,
8   and review those materials.  The pamphlet includes the following disclosure: "THIS
9   PLAN IS NOT HEALTH INSURANCE."

## Representations that Health Care One's program is affiliated with, or endorsed or sponsored by, the federal government

12       24.    Health Care One and Americans4Healthcare (holding themselves out as
13   "Health Care One," "Americans4Healthcare," and "Citizens 4 Healthcare") represent
14   that Health Care One's program is affiliated with, or endorsed or sponsored by, the
15   federal government through their television commercials, their telemarketing, and
16   the websites www.americans4healthcare.com, www.a4hrx.com, and
17   www.citizens4healthcare.com.

18       25.    Many consumers are first introduced to the idea that Health Care One's
19   program is a government program by Health Care One's and
20   Americans4Healthcare's television commercials.  Health Care One's and
21   Americans4Healthcare's television commercials are styled as an "emergency
22   broadcast" which "interrupts" regularly-scheduled television programming to
23   announce the latest developments in President Obama's healthcare reform agenda.
24   One of Health Care One's television commercials describes its program as a
25   *"national healthcare discount program"* with *"daily registration limits."*  A similar
26   theme is incorporated into an Americans4Healthcare's commercial, which begins by
27   announcing: *"We interrupt this program with an important health care bulletin."*  It
28   then shows an excerpt of President Obama's September 9, 2009 remarks on

1    healthcare to a joint session of Congress, in which the President states: " . . . *and*
2    *show the American people that we can still do what we were sent here to do.  Now's*
3    *the time to deliver on healthcare."* An announcer then breaks in to offer limited but
4    *"immediate availability of an affordable healthcare discount plan for all uninsured*
5    *Americans."*  This narration is accompanied by images of President Obama, the
6    American bald eagle, and the Capitol Building.
7         26.    Citizens 4 Healthcare's television commercial goes even further, by
8    implying that it has been authorized by the federal government to offer Health Care
9    One's program.  The commercial begins with the announcement: *"Breaking*
10   *Healthcare News - This is a Healthcare Alert for all uninsured Americans."* It then
11   features a different excerpt of President Obama's September 9, 2009 remarks to
12   Congress, in which the President states: *"No American should be without healthcare.*
13   *. . . No one should go broke because they get sick.  That is heartbreaking, it is wrong*
14   *and no one should be treated that way in the United States of America."*  A
15   spokesperson then breaks in, to announce that Citizens 4 Healthcare *"is now*
16   *authorized to offer"* the program.  Like Americans4Healthcare's commercial, this
17   commercial is also accompanied by images of President Obama, the American bald
18   eagle, and the Capitol Building.
19        27.    Health Care One's, Americans4Healthcare's, and Elite Business
20   Solutions' telemarketers also represent that Health Care One's program is affiliated
21   with, or endorsed or sponsored by, the federal government.  The specific
22   representations that Defendants' telemarketers make vary but include describing the
23   program as part of the "Obama/Biden healthcare package."
24        28.    Health Care One's and Americans4Healthcare's websites similarly
25   imply that Health Care One's program is affiliated with, or endorsed or sponsored
26   by, the federal government.  Like their television commercials, these websites are
27   designed to resemble an "official" news bulletin.  The website
28   www.americans4healthcare.com prominently displays images of the White House,

9

1   the American bald eagle, and the American flag, and reads as follows:

2       *HEALTHCARE BULLETIN! AMERICANS4HEALTHCARE ANNOUNCES*

3       *IMMEDIATE AVAILABILITY OF AN AFFORDABLE HEALTHCARE*

4       *DISCOUNT PLAN FOR ALL UNINSURED AMERICANS." Over 500,000*

5       *Healthcare Providers nationwide – Doctors, Hospitals, Dentists &*

6       *Pharmacies – are now joined with Americans 4 Healthcare to bring you*

7       *quality Healthcare Protection at 20 to 60% savings for UNDER $3 A DAY.*

8       *CLICK TO CALL NOW. ENTER YOUR PHONE NUMBER BELOW ... We will*

9       *call you in 15 Seconds or less.*

10       29.   The website www.citizens4healthcare.com includes the same

11   "Healthcare Bulletin!" and prominently displays images of President Obama with the

12   quote: *"No one should go broke if they get sick,"* the American flag, and the Statue

13   of Liberty.

14       30.   Defendants' advertisements lead consumers to reasonably believe that

15   Health Care One's program is affiliated with, or endorsed or sponsored by, the

16   federal government.  It is not.

17                               **Savings claims**

18       31.   A central theme of Defendants' marketing campaign is that Health Care

19   One's program will save consumers significant amounts of money.

20       32.   Health Care One's and Americans4Healthcare's television commercials,

21   for example, are addressed to the millions of "uninsured Americans" and represent

22   their program as "an affordable national healthcare discount program that can save

23   you 20-60% on doctors, hospitals, labs, prescription drugs, and more."  Citizens 4

24   Healthcare's television commercial couples this savings claim with a video featuring

25   President Obama's September 9, 2009 remarks on healthcare to Congress, where he

26   asserts:

27       *No American should be without healthcare. . . . No one should go broke*

28       *because they get sick.  That is heartbreaking, it is wrong and no one*

1      *should be treated that way in the United States of America.*

2           33.    Health Care One's radio commercial and the websites,

3 www.americans4healthcare.com and www.citizens4healthcare.com, all claim that

4 Health Care One's program will save consumers "up to 60% on doctors, hospitals,

5 dental, RX and more."  Other websites (www.healthcareone.com,

6 www.elitehealthcareinc.com, www.republichealthcare.com, and

7 www.easylifehealthcare.com) operated by Health Care One and Elite Business

8 Solutions also contain material representations about the savings which consumers

9 will achieve through the program.  These websites claim savings of up to 50%.

10 Similarly, the website www.a4hrx.com represents that its free "national Rx discount

11 card" will provide savings of "20-60%" at "[o]ver 60,000 Retail Pharmacies."

12           34.    Health Care One's and Elite Business Solutions' telemarketers go even

13 further, claiming that Health Care One's program will provide consumers with

14 savings of "at least 60%" and even 80%-90%.

15           35.    In fact, consumers are unable to realize the purported savings touted by

16 Defendants.  After enrolling in Health Care One's program, consumers receive lists

17 of local participating providers from the Defendants.  Defendants' lists of local

18 participating providers include doctors who cannot be located because the contact

19 information is incorrect and doctors who do not participate in Health Care One's

20 program and will not honor its purported discounts.  Additionally, consumers who

21 attempt to use Health Care One's program at pharmacies find that the pharmacies

22 also do not honor the purported discounts.

23
24                     **Representation that**
        **Health Care One's network includes consumers'**
            **current healthcare providers and other**
25    **healthcare providers in consumers' local communities**

26           36.    During the telemarketing calls, Defendants' telemarketers specifically

27 assure consumers that their current doctors are in Health Care One's network.  These

28 representations lead consumers to reasonably believe that they will be able to obtain

1  discounted healthcare services from their current doctors through Health Care One's
2  program.

3      37.    Defendants' telemarketers also represent to consumers that the
4  program's network includes physicians practicing in the consumers' local
5  communities, and that any doctor in Blue Cross/Blue Shield's network is also
6  available through Health Care One's network.  These representations lead consumers
7  to reasonably believe that Health Care One's program will enable them to obtain
8  discounted healthcare services from a local doctor.

9      38.    Defendants make similar representations about the broad availability of
10 healthcare providers in their television commercials, radio advertisements, and
11 websites.  There, Defendants represent that the size of their network of healthcare
12 providers ranges from 500,000 to "over 900,000 healthcare provider locations."
13 These representations contribute to the impression formed by consumers that Health
14 Care One's program is usable in the consumers' local communities.

15     39.    These representations are false.  After enrolling in Health Care One's
16 program, consumers learn that their doctors are not part of the network and will not
17 honor the purportedly pre-negotiated discounts.  Consumers also learn that
18 Defendants' lists of participating providers include doctors who cannot be located
19 because the contact information is incorrect and doctors who do not participate in
20 Health Care One's program and will not honor its purported discounts.  Finally,
21 Health Care One's purported network of healthcare providers is not the Blue
22 Cross/Blue Shield network of healthcare providers.

23
24 **Representations regarding**<br>**cancellation and refund practices**

25     40.    Health Care One and Elite Business Solutions offer consumers a 100%
26 satisfaction money-back guarantee.  This guarantee is published on their websites, at
27 www.healthcareone.com, www.elitehealthcareinc.com,
28 www.republichealthcare.com, and www.easylife.com.  The Health Care One

website, as of February 2010, states its "Guarantee" as follows:

> 100% Satisfaction or Your Money Back! HealthcareOne™ is so
> confident you will see significant savings with our program, we offer an
> unconditional 30-day money-back guarantee on your entire first
> month's payment.*

The bottom of the webpage includes additional fine print language relating, *inter alia*, to Health Care One's and Elite Business Solutions' cancellation and refund policy:

> * . . .You have the right to cancel within the first 30 days after receipt of
> membership materials and receive a full refund, less a nominal
> processing fee.

Their other websites, www.elitehealthcareinc.com, www.republichealthcare.com, and www.easylife.com, contain the same or similarly-worded guarantees.

41.     Health Care One's and Elite Business Solutions' telemarketers make similar representations regarding their cancellation and refund policy. Some of the telemarketers represent that consumers may cancel for a "full refund" within 30 days of receiving the program materials. These telemarketers do not disclose that the refund would be reduced by a nominal processing fee.

42.     When consumers realize that Health Care One's program is not as advertised, they find that Health Care One and Elite Business Solutions make it very difficult to obtain refunds. Calls to cancel their enrollments and obtain refunds are directed to Health Care One's customer service representatives, who handle the customer service functions for both Health Care One and Elite Business Solutions. Health Care One and Elite Business Solutions delay the processing of refunds for months and require consumers to satisfy unreasonable conditions. Even after such delays, typically consumers are either not able to obtain any refund whatsoever or only obtain a refund from which a substantial processing fee (approximately $100) has been retained.

### Ellman's Role

43.    Ellman is the managing member of Health Care One.  He holds himself out as Health Care One's president and chief executive officer.  He has entered into contracts on Health Care One's behalf.  Ellman controls Health Care One's bank accounts.  He is also Health Care One's contact person for responding to consumer complaints filed with the Better Business Bureau.

44.    Ellman arranged for the incorporation of Americans4Healthcare and is the company's sole director.

45.    Ellman controls the television advertising, radio advertising, and telemarketing operations of Health Care One, Americans4Healthcare, and Citizens 4 Healthcare.  Through a partnership under his control, Ellman is the registration contact for many of the Internet domain names used by Defendants, including www.healthcareone.com, www.americans4healthcare.com, www.a4hrx.com, www.citizens4healthcare.com, and www.republichealthcare.com.

46.    Ellman is jointly and severally liable for the conduct of Health Care One and Americans4Healthcare because he has the authority to control and direct the companies' activities; has participated in those activities; and has had knowledge of the companies' misrepresentations and other misconduct.

### Freeman's Role

47.    Freeman is the owner and sole officer and director of Elite Business Solutions.  He has entered into contracts on Elite Business Solutions' behalf.  He controls financial accounts in the name of Elite Business Solutions doing business as "Easy Life Healthcare," "Elite Healthcare," and "Republic Healthcare."  He controls Elite Business Solutions' telemarketing operations, including serving as the contact person for the telephone service provider of Elite Business Solutions' telephone lines.  He has also recorded fictitious business name statements in Orange County, California, for Elite Business Solutions to do business as "Elite Healthcare Group" and "Republic Healthcare."  Freeman is the registration contact for Elite Business

14

1  Solutions' various Internet domain names.

2      48.    Freeman is jointly and severally liable for the conduct of Elite Business

3  Solutions because he has the authority to control and direct the company's activities;

4  has participated in those activities; and has had knowledge of the company's

5  misrepresentations and other misconduct.

6                      **VIOLATIONS OF THE FTC ACT**

7      49.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or

8  deceptive acts or practices in or affecting commerce."

9      50.    Misrepresentations or deceptive omissions of material fact constitute

10  deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

11                      **Count 1: Misrepresentations**

12      51.    In numerous instances in connection with the advertising, marketing,

13  promotion, offering for sale, or sale of Health Care One's national healthcare

14  discount program, Defendants have represented, directly or indirectly, expressly or

15  by implication, that:

16      a.    the program is health insurance;

17      b.    the program is affiliated with or endorsed or sponsored by the federal

18            government;

19      c.    enrollment in the program will result in substantial healthcare savings to

20            the consumers;

21      d.    consumers will be able to obtain program benefits from consumers'

22            current healthcare providers and from other healthcare providers in the

23            consumers' local communities; and/or

24      e.    Defendants will provide a full refund, subject to no or only a nominal

25            processing fee, if the consumer submits a cancellation request before the

26            thirty-day trial period expires.

27

28

52.    In truth and in fact:

a.    the program is not health insurance;

b.    the program is not affiliated with or endorsed or sponsored by the federal government;

c.    enrollment in the program does not result in substantial healthcare savings to the consumers;

d.    consumers are not able to obtain program benefits from consumers' current healthcare providers and from other healthcare providers in the consumers' local communities; and

e.    Defendants do not provide a full refund and retain a substantial processing fee if the consumer submits a cancellation request before the thirty-day trial period expires.

53.    Therefore, Defendants' representations as set forth in Paragraph 51 are false and misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## VIOLATIONS OF THE TELEMARKETING SALES RULE

54.    The FTC promulgated the Telemarketing Sales Rule, 16 C.F.R. Part 310, pursuant to Section 6102(a) of the Telemarketing Act, 15 U.S.C. § 6102(a). The Rule became effective on December 31, 1995, and was amended in 2003.

55.    Section 310.3(a) of the Telemarketing Sales Rule prohibits telemarketers and sellers from, *inter alia*, misrepresenting, directly or by implication, in the sale of goods or services:

a.    any material aspect of the performance, efficacy, nature, or central characteristics of goods or services that are the subject of a sales offer (16 C.F.R. § 310.3(a)(2)(iii));  and

b.    any material aspect of the nature or terms of the seller's refund or cancellation policies (16 C.F.R. § 310.3(a)(2)(iv)).

56.    Defendants are "sellers" or "telemarketers" engaged in "telemarketing,"

16

1  as those terms are defined in the amended Telemarketing Sales Rule (16 C.F.R.
2  §§ 310.2(z), (bb), and (cc)).

3    57.    Pursuant to Section 3(c) of the Telemarketing Act, 15 U.S.C. § 6102(c)
4  and Section 18(d)(3) of the FTC Act, 15 U.S.C. § 57a(d)(3), a violation of the TSR
5  constitutes an unfair or deceptive act or practice in or affecting commerce, in
6  violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

7          **Count 2: Misrepresentations relating to material aspects of**
8          **Health Care One's national healthcare discount program**

9    58.    In numerous instances, in connection with the telemarketing of Health
10  Care One's national healthcare discount program, Defendants have misrepresented,
11  directly or by implication, material aspects of the performance, efficacy, nature, or
12  central characteristics of the program, including that:

13    a.    the program is health insurance;
14    b.    enrollment in the program will result in substantial healthcare savings to
15         the consumer; or
16    c.    consumers will be able to obtain program benefits from consumers'
17         current healthcare providers and from other healthcare providers in the
18         consumers' local communities,
19  thereby violating Section 310.3(a)(2)(iii) of the TSR, 16 C.F.R. § 310.3(a)(2)(iii).

20          **Count 3: Misrepresentations regarding**
21          **refund or cancellation policies**

22    59.    In numerous instances, in connection with the telemarketing of Health
23  Care One's national healthcare discount program, Defendants have misrepresented,
24  directly or by implication, material aspects of the nature or terms of the seller's
25  refund or cancellation policies, including that Defendants will provide a full refund,
26  subject to no or only a nominal processing fee, if the consumer submits a
27  cancellation request before the thirty-day trial period expires, thereby violating
28  Section 310.3(a)(2)(iv) of the TSR, 16 C.F.R. § 310.3(a)(2)(iv).

17

**CONSUMER INJURY**

60.     Consumers have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act and the TSR.  In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices. Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

**THIS COURT'S POWER TO GRANT RELIEF**

61.     Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations  of any provision of law enforced by the FTC.  The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid,  and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

62.     Section 19 of the FTC Act, 15 U.S.C. § 57b, and Section 6(b) of the Telemarketing Act, 15 U.S.C. § 6105(b), authorize this Court to grant such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the Telemarketing Sales Rule, including rescission or reformation of contracts, and the refund of money.

**PRAYER FOR RELIEF**

63.     Wherefore, Plaintiff FTC, pursuant to Sections 13(b) and 19 of the FTC Act, 15 U.S.C. §§ 53(b) and 57b, Section 6(b) of the Telemarketing Act, 15 U.S.C. § 6105(b), and the Court's own equitable powers, requests that the Court:

a.     Award Plaintiff such preliminary injunctive and ancillary relief as may be necessary to avert the likelihood of consumer injury during the pendency of this action and to preserve the possibility of effective final relief, including but not limited to a temporary restraining order, a preliminary injunction, an order freezing assets, immediate access to

18

1    business premises, and appointment of a receiver;

2  b.   Enter a permanent injunction to prevent future violations of the FTC

3       Act and the TSR by Defendants;

4  c.   Award such relief as the Court finds necessary to redress injury to

5       consumers resulting from Defendants' violations of the FTC Act and the

6       TSR, including, but not limited to, rescission or reformation of

7       contracts, restitution, the refund of monies paid, and the disgorgement

8       of ill-gotten monies; and

9  d.   Award Plaintiff the costs of bringing this action, as well as such other

10      and additional equitable relief as the Court may determine to be just and

11      proper.

12

13  Dated: August 3, 2010                Respectfully submitted,

14                                       WILLARD K. TOM
15                                       General Counsel

16

17                                       FAYE CHEN BARNOUW
                                         MARICELA SEGURA
18                                       BARBARA CHUN
                                         JOHN D. JACOBS

19
                                         Attorneys for Plaintiff
20                                       Federal Trade Commission

21

22

23

24

25

26

27

28

19

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Federal Trade Commission | Health Care One LLC, Americans4Healthcare Inc., Michael Jay Ellman, Elite Business Solutions, Inc., and Robert Daniel Freeman |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Federal Trade Commission (contact: Faye Chen Barnouw, Esq.) 10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024 tel: (310) 824-4343 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes   ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 45(a), 53(b), and 57b; 15 U.S.C. §§ 6101-6108

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 462 Naturalization Application | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 446 American with Disabilities - Other | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | ☐ 465 Other Immigration Actions | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV10-1161 JVS(RNBx)**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No   ☐ Yes
If yes, list case number(s): _____

VIII(b).  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☑No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County: Defendants Americans4Healthcare Inc.; Michael Jay Ellman; Elite Business Solutions, Inc.; and Robert Daniel Freeman | Maricopa County, Arizona: Defendant Health Care One LLC |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| nationwide (including Los Angeles, Orange, and Riverside Counties) | nationwide |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  August 3, 2010

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors insurance benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV10- 1161 JVS (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

— ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| Federal Trade Commission | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| See Attached | ) SACV10-1161 JVS(RNBx) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Health Care One LLC
c/o Lawdock, Inc.
One Renaissance Square, Suite 300
Two North Central Ave
Phoenix, AZ 85004-2391

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Faye Chen Barnouw; Maricela Segura; Barbara Chun; & John D. Jacobs
Federal Trade Commission
10877 Wilshire Blvd. Suite 700
Los Angeles, CA  90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  AUG - 3 2010                                    _____
*Signature of Clerk or Deputy Clerk*

1  FAYE CHEN BARNOUW, CA Bar No. 168631
2  MARICELA SEGURA, CA Bar No. 225999
   BARBARA CHUN, CA Bar No. 186907
3  JOHN D. JACOBS, CA Bar No. 134154
   FEDERAL TRADE COMMISSION
4  10877 Wilshire Blvd., Suite 700
   Los Angeles, CA 90024
5  Telephone: (310) 824-4343
   Facsimile:  (310) 824-4380
6  e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
   bchun@ftc.gov; and jjacobs@ftc.gov
7
   Attorneys for Plaintiff
8  FEDERAL TRADE COMMISSION

9

10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  FEDERAL TRADE COMMISSION,          Case no.

14                        Plaintiff,

15              v.                     COMPLAINT FOR PERMANENT
                                       INJUNCTION AND OTHER
16  HEALTH CARE ONE LLC, an Arizona    EQUITABLE RELIEF
    limited liability company, also d/b/a
17  "HealthcareOne," "Americans4
    Healthcare," "Citizens4Healthcare,"
18  "American Eagle Healthcare,"
    "EasyLife Healthcare," "Elite
19  Healthcare," "Global Healthcare," and
    "Republic Healthcare";
20
    AMERICANS4HEALTHCARE INC., a
21  Delaware corporation;
22
    MICHAEL JAY ELLMAN, an
23  individual;

24  ELITE BUSINESS SOLUTIONS, INC.,
    a Nevada corporation, also d/b/a
25  "EasyLife Healthcare," "Elite
    Healthcare" and "Republic Healthcare";
26
    ROBERT DANIEL FREEMAN, an
27  individual;

28                        Defendants.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Federal Trade Commission | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| See Attached | ) |
| _____ | )    **SACV10-1161 JVS(RNBx)** |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Americans4Healthcare Inc.
c/o The Company Corporation
2711 Centerville Rd, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Faye Chen Barnouw; Maricela Segura; Barbara Chun; & John D. Jacobs
Federal Trade Commission
10877 Wilshire Blvd. Suite 700
Los Angeles, CA  90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  AUG - 3 2010

_____
*Signature of Clerk or Deputy Clerk*

1  FAYE CHEN BARNOUW, CA Bar No. 168631
2  MARICELA SEGURA, CA Bar No. 225999
   BARBARA CHUN, CA Bar No. 186907
3  JOHN D. JACOBS, CA Bar No. 134154
   FEDERAL TRADE COMMISSION
4  10877 Wilshire Blvd., Suite 700
   Los Angeles, CA 90024
5  Telephone: (310) 824-4343
   Facsimile: (310) 824-4380
6  e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
   bchun@ftc.gov; and jjacobs@ftc.gov
7
   Attorneys for Plaintiff
8  FEDERAL TRADE COMMISSION

9

10              UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA

12

13  FEDERAL TRADE COMMISSION,        Case no.

14                      Plaintiff,

15          v.                        COMPLAINT FOR PERMANENT
                                      INJUNCTION AND OTHER
16  HEALTH CARE ONE LLC, an Arizona   EQUITABLE RELIEF
    limited liability company, also d/b/a
17  "HealthcareOne," "Americans4
    Healthcare," "Citizens4Healthcare,"
18  "American Eagle Healthcare,"
    "EasyLife Healthcare," "Elite
19  Healthcare," "Global Healthcare," and
    "Republic Healthcare";
20
    AMERICANS4HEALTHCARE INC., a
21  Delaware corporation;
22
    MICHAEL JAY ELLMAN, an
23  individual;
24  ELITE BUSINESS SOLUTIONS, INC.,
    a Nevada corporation, also d/b/a
25  "EasyLife Healthcare," "Elite
    Healthcare" and "Republic Healthcare";
26
    ROBERT DANIEL FREEMAN, an
27  individual;
28                      Defendants.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached | ) | **SACV10-1161 JVS(RNBx)** |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Jay Ellman
410 Morning Star Lane
Newport Beach, CA  92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Faye Chen Barnouw; Maricela Segura; Barbara Chun; & John D. Jacobs
Federal Trade Commission
10877 Wilshire Blvd. Suite 700
Los Angeles, CA  90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG - 3 2010                                     _____
*Signature of Clerk or Deputy Clerk*

1   FAYE CHEN BARNOUW, CA Bar No. 168631
2   MARICELA SEGURA, CA Bar No. 225999
    BARBARA CHUN, CA Bar No. 186907
3   JOHN D. JACOBS, CA Bar No. 134154
    FEDERAL TRADE COMMISSION
4   10877 Wilshire Blvd., Suite 700
    Los Angeles, CA 90024
5   Telephone: (310) 824-4343
    Facsimile: (310) 824-4380
6   e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
    bchun@ftc.gov; and jjacobs@ftc.gov
7
    Attorneys for Plaintiff
8   FEDERAL TRADE COMMISSION

9

10              UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA

12

13   FEDERAL TRADE COMMISSION,        Case no.

14                        Plaintiff,

15            v.                       COMPLAINT FOR PERMANENT
                                       INJUNCTION AND OTHER
16   HEALTH CARE ONE LLC, an Arizona   EQUITABLE RELIEF
     limited liability company, also d/b/a
17   "HealthcareOne," "Americans4
     Healthcare," "Citizens4Healthcare,"
18   "American Eagle Healthcare,"
     "EasyLife Healthcare," "Elite
19   Healthcare," "Global Healthcare," and
     "Republic Healthcare";
20
     AMERICANS4HEALTHCARE INC., a
21   Delaware corporation;
22
     MICHAEL JAY ELLMAN, an
23   individual;

24   ELITE BUSINESS SOLUTIONS, INC.,
     a Nevada corporation, also d/b/a
25   "EasyLife Healthcare," "Elite
     Healthcare" and "Republic Healthcare";
26
     ROBERT DANIEL FREEMAN, an
27   individual;
28
                         Defendants.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

                                                        _____
                                                                        *Server's signature*

                                                        _____
                                                                        *Printed name and title*

                                                        _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

— ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Federal Trade Commission | ) |
| _____ | )     **SACV10-1161 JVS(RNBx)** |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| See Attached | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elite Business Solutions Inc.
c/o Carl J. Valore Agent
6370 West Flamingo Rd., Suite 1
Las Vegas, NV 89102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Faye Chen Barnouw; Maricela Segura; Barbara Chun; & John D. Jacobs
Federal Trade Commission
10877 Wilshire Blvd. Suite 700
Los Angeles, CA  90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     AUG  – 3 2010        _____

*Signature of Clerk or Deputy Clerk*

1   FAYE CHEN BARNOUW, CA Bar No. 168631
2   MARICELA SEGURA, CA Bar No. 225999
    BARBARA CHUN, CA Bar No. 186907
3   JOHN D. JACOBS, CA Bar No. 134154
    FEDERAL TRADE COMMISSION
    10877 Wilshire Blvd., Suite 700
4   Los Angeles, CA 90024
5   Telephone: (310) 824-4343
    Facsimile: (310) 824-4380
6   e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
    bchun@ftc.gov; and jjacobs@ftc.gov
7
    Attorneys for Plaintiff
8   FEDERAL TRADE COMMISSION

9

10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  FEDERAL TRADE COMMISSION,          Case no.

14                        Plaintiff,

15              v.                     COMPLAINT FOR PERMANENT
                                       INJUNCTION AND OTHER
16  HEALTH CARE ONE LLC, an Arizona    EQUITABLE RELIEF
    limited liability company, also d/b/a
17  "HealthcareOne," "Americans4
    Healthcare," "Citizens4Healthcare,"
18  "American Eagle Healthcare,"
    "EasyLife Healthcare," "Elite
19  Healthcare," "Global Healthcare," and
    "Republic Healthcare";
20
    AMERICANS4HEALTHCARE INC., a
21  Delaware corporation;
22
    MICHAEL JAY ELLMAN, an
23  individual;

24  ELITE BUSINESS SOLUTIONS, INC.,
    a Nevada corporation, also d/b/a
25  "EasyLife Healthcare," "Elite
    Healthcare" and "Republic Healthcare";
26
    ROBERT DANIEL FREEMAN, an
27  individual;

28                       Defendants.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

### for the

### Central District of California

| Federal Trade Commission | ) | |
|---|---|---|
| _Plaintiff_ | ) ) ) | Civil Action No. |
| v. | ) | |
| See Attached | ) ) | **SACV10-1161 JVS(RNBx)** |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Robert Daniel Freeman
10 Waltham Rd.
Ladera Ranch, CA  92694

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Faye Chen Barnouw; Maricela Segura; Barbara Chun; & John D. Jacobs
Federal Trade Commission
10877 Wilshire Blvd. Suite 700
Los Angeles, CA  90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG  - 3 2010

_Signature of Clerk or Deputy Clerk_

1   FAYE CHEN BARNOUW, CA Bar No. 168631
     MARICELA SEGURA, CA Bar No. 225999
2   BARBARA CHUN, CA Bar No. 186907
     JOHN D. JACOBS, CA Bar No. 134154
3   FEDERAL TRADE COMMISSION
     10877 Wilshire Blvd., Suite 700
4   Los Angeles, CA 90024
     Telephone: (310) 824-4343
5   Facsimile: (310) 824-4380
     e-mail: fbarnouw@ftc.gov; msegura@ftc.gov;
6   bchun@ftc.gov; and jjacobs@ftc.gov

7   Attorneys for Plaintiff
8   FEDERAL TRADE COMMISSION

9

10

11                UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA

12

13   FEDERAL TRADE COMMISSION,     |  Case no.

14                     Plaintiff,

15               v.        |  COMPLAINT FOR PERMANENT
                           |  INJUNCTION AND OTHER
16   HEALTH CARE ONE LLC, an Arizona  |  EQUITABLE RELIEF
     limited liability company, also d/b/a
17   "HealthcareOne," "Americans4
     Healthcare," "Citizens4Healthcare,"
18   "American Eagle Healthcare,"
     "EasyLife Healthcare," "Elite
19   Healthcare," "Global Healthcare," and
     "Republic Healthcare";
20

21   AMERICANS4HEALTHCARE INC., a
     Delaware corporation;
22

23   MICHAEL JAY ELLMAN, an
     individual;

24   ELITE BUSINESS SOLUTIONS, INC.,
     a Nevada corporation, also d/b/a
25   "EasyLife Healthcare," "Elite
     Healthcare" and "Republic Healthcare";
26

27   ROBERT DANIEL FREEMAN, an
     individual;

28                      Defendants.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: